Law Offices of Russel T. Little, ap.c.
California Bar No. 153596
185 West F Street, Suite 100
San Diego, California 92101
Telephone:(619) 232-2330
Facsimile: (619) 232-4916

Attorney for Linda Townsend

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>    Frank Townsend,<br><br>    Debtor | Case No. 14-02016-LT13<br><br>**Statement of Case in Compliance with Local Bankruptcy Rule 3015-6**<br><br>Hearing<br>Date: August 26, 2014<br>Time: 10:00 A.M.<br>Dept: 3<br><br>[Honorable Laura S. Taylor] |

1

Creditor, Linda Townsend, submits hereby submits the statement of case in compliance with Local Bankruptcy Rule 3015-6.

The parties met an conferred on August 5, 2014, and did not resolved any of the objections raised by this creditor.   Debtor is relying on the claim objection to resolve this creditor's objection to confirmation.   It is all or nothing with the debtor.

Respectfully Submitted,


Dated: August 19, 2014                          /s/ Russel T. Little
                                                Russel T. Little, Attorney for Linda Townsend

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
CASE NO. 14-02016-LT13

PROOF OF SERVICE

I, Russel T. Little, am a resident of San Diego, California, and I am over the age of eighteen (18) years, and not a party to the within action. My business address is 185 West "F" Street, Suite 100, San Diego, California 92101.

A true and correct copy of the foregoing document described as **Statement of Case in Compliance with Local Bankruptcy Rule 3015-6**, will be served in the manner indicated below:

1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING [NEF] - Pursuant to controlling General Order No. 162, the foregoing document will be served by the court via NEF and hyperlink to the document as follows:

David L. Skelton

admin@ch13.sdcoxmail.com;dskelton13@ecf.epiqsystems.com

David L. Skelton on behalf of Trustee David L. Skelton

admin@ch13.sdcoxmail.com;dskelton13@ecf.epiqsystems.com

Ahren Tiller on behalf of Debtor Frank A. Townsend

atiller@blc-sd.com,
brett.bodie@blc-sd.com;carolina@blc-sd.com;ccosyleon@blc-sd.com;anika@blc-sd.com;nicole@blc-sd.com;erobles@blc-sd.com;danny@blc-sd.com;kreyes@blc-sd.com;wil@blc-sd.com

United States Trustee

ustp.region15@usdoj.gov

2. SERVED BY U.S. MAIL - I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows:

Frank Townsend                              Debtor
3322 39th St.
San Diego, CA 92105

I declare under penalty of perjury that the foregoing is true and correct.    Executed on August 19, 2014, at San Diego, California.

                                               /s/ Russel T. Little
                                               RUSSEL T. LITTLE