Law Offices of Russel T. Little, ap.c.
California Bar No. 153596
185 West F Street, Suite 100
San Diego, California 92101
Telephone:(619) 232-2330
Facsimile: (619) 232-4916

Attorney for Linda Townsend

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>    Frank Townsend,<br><br>    Debtor | Case No. 14-02016-LT13<br><br>**REQUEST TO STRIKE DEBTOR'S "SUPPLEMENTAL" DECLARATION IN SUPPORT OF OBJECTION TO PROOF OF CLAIM NO. 6**<br><br>Hearing<br>Date: August 26, 2014<br>Time: 10:00 A.M.<br>Dept: 3<br><br>[Honorable Laura S. Taylor] |

1

Creditor, Linda Townsend, submits the following objection to the "Supplemental Declaration of Debtor in Support of Objection to Proof of Claim."

**Untimely "Supplemental Declaration"**

Debtor failed to support his initial with any declaration that addresses the issues of this case; and after the parties met an conferred on August 5, 2014, the debtor filed said "supplemental" declaration. The declaration is not a timely filed document - even if it were considered to be a reply - a reply is due to be filed and served within 7 days of my client's response to the claim objection, [Bankruptcy Rule 9013-5].

Linda Townsend's response and declaration in support thereof was filed and served on July 20, 2014. The response raised the issue of debtor not providing a declaration in support of his claim objection. On July 30, 2014, debtor filed a reply, which alleged that the signing of the form was sufficient, but failed to address the issue of his intent at the time of the agreement.

The "supplemental" declaration, filed on August 7, 2014, seems disingenuous in its timing and content. Debtor has ample opportunity to parrot his attorney's legal position in a declaration and failed to timely file said declaration.

Linda Townsend requests that this court strike debtor's supplemental declaration.

Respectfully Submitted,


Dated: August 19, 2014          /s/ Russel T. Little
                                Russel T. Little, Attorney for Linda Townsend

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
CASE NO. 14-02016-LT13

PROOF OF SERVICE

I, Russel T. Little, am a resident of San Diego, California, and I am over the age of eighteen (18) years, and not a party to the within action. My business address is 185 West "F" Street, Suite 100, San Diego, California 92101.

A true and correct copy of the foregoing document described as **REQUEST TO STRIKE DEBTOR'S "SUPPLEMENTAL" DECLARATION IN SUPPORT OF OBJECTION TO PROOF OF CLAIM NO. 6**, will be served in the manner indicated below:

1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING [NEF] - Pursuant to controlling General Order No. 162, the foregoing document will be served by the court via NEF and hyperlink to the document as follows:

David L. Skelton

admin@ch13.sdcoxmail.com;dskelton13@ecf.epiqsystems.com

David L. Skelton on behalf of Trustee David L. Skelton

admin@ch13.sdcoxmail.com;dskelton13@ecf.epiqsystems.com

Ahren Tiller on behalf of Debtor Frank A. Townsend

atiller@blc-sd.com, brett.bodie@blc-sd.com;carolina@blc-sd.com;ccosyleon@blc-sd.com;anika@blc-sd.com;nicole@blc-sd.com;erobles@blc-sd.com;danny@blc-sd.com;kreyes@blc-sd.com;wil@blc-sd.com

United States Trustee

ustp.region15@usdoj.gov

2. SERVED BY U.S. MAIL - I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows:

Frank Townsend              Debtor
3322 39th St.
San Diego, CA 92105

I declare under penalty of perjury that the foregoing is true and correct.    Executed on August 19, 2014, at San Diego, California.

                                            /s/ Russel T. Little
                                            RUSSEL T. LITTLE