TENTATIVE RULING

ISSUED BY JUDGE LAURA S. TAYLOR

Debtor:      FRANK A. TOWNSEND

Number:     14-02016-LT13

Hearing:     10:00 AM   Tuesday, August 26, 2014

Motion:     1) OBJECTION TO CLAIM NO. 6, LINDA TOWNSEND FILED ON BEHALF OF FRANK A. TOWNSEND

Hear.

    1.   The Debtor should attempt to explain the late filing of his declaratory evidence.

    2.   Claimant (and Debtor) should be prepared to explain why an evidentiary hearing is not required.   Debtor, in effect and even in the absence of evidence of his intent, argues that Claimant's intent was property equalization – not support.   The agreement at issue is equivocal.   How could Debtor establish Claimant's intent prior to evidentiary hearing?

    3.   Why is Claimant's claim not limited to pre-petition defaults with interest (and other consequential damages) if it is a non-dischargeable support obligation?


2) OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN FILED ON BEHALF OF LINDA TOWNSEND

Hear in connection with claim objection.   If the L. Townsend claim is in whole or in part a support claim, plan amendment will be required.