# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | FRANK A. TOWNSEND |
| **Case Number:** | 14-02016-LT13    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, SEPTEMBER 09, 2014 11:00 AM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | SHAWNA DAHL |
| **Reporter / ECR:** | KAREN CARTER |

### Matters:

1) OBJECTION TO CLAIM NO. 6, LINDA TOWNSEND FILED ON BEHALF OF FRANK A. TOWNSEND (fr 8/26/14)

2) OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN FILED ON BEHALF OF LINDA TOWNSEND (fr 8/26/14)

### Appearances:

REBECCA PENNINGTON, ATTORNEY FOR DAVID L. SKELTON, CHAPTER 13 TRUSTEE
AHREN TILLER, ATTORNEY FOR FRANK A. TOWNSEND
RUSSEL LITTLE, ATTORNEY FOR LINDA TOWNSEND

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## Minute Order

(continue).. 14-02016-LT13        TUESDAY, SEPTEMBER 09, 2014 11:00 AM

***Disposition:*__

1) Evidentiary hearing scheduled for 11/14/14 at 9:00 a.m. (3 hours reserved). Chapter 13 Trustee is excused from attending evidentiary hearing.

Parties are to designate witnesses by 10/9/14 and witnesses are to be available for depositions as stated on the record.

Discovery cut-off set as 10/24/14.

Exchange of witness lists, exchange of documentary evidence and document lists, trial briefs, and designations of discovery excerpts by 10/31/14.

Responsive briefs, if any, pretrial motions and objections to documentary evidence due by 11/7/14.

Responses to evidentiary objections due by 11/12/14.

Parties to meet and confer regarding Alaska law and to file either a stipulation regarding video conferencing or a motion to compel as stated on the record.

Scheduling Order to come from Court.


2) Continued to 11/14/14 at 9:00 a.m.