Law Offices of Russel T. Little, ap.c.
California Bar No. 153596
185 West F Street, Suite 100
San Diego, California 92101
Telephone:(619) 232-2330
Facsimile: (619) 232-4916

Attorney for Linda Townsend

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>    Frank Townsend,<br><br>    Debtor | Case No. 14-02016-LT13<br><br>**Stipulation re: Evidentiary Hearing on Debtor's Objection to Claim No. 6; and, Request for Court Approval**<br><br>Evidentiary Hearing:<br>Date: November 14, 2014<br>Time: 9:00 A.M.<br>Dept: 3<br><br>[Honorable Laura S. Taylor] |

1

## PARTIES

Creditor, Linda Townsend, ("Creditor"), by and through her legal counsel, Law Offices of Russel T. Little, apc, and Debtor, Frank Townsend, ("Debtor"), by and through his legal counsel, Ahren Tiller, Esq., of the Bankruptcy Law Center, enter into this Stipulation Regarding Evidentiary Hearing.  Creditor and Debtor may be sometimes collectively referred to as "the parties."

## RECITALS

A.  WHEREAS, Debtor has filed an objection to Creditor's claim no. 6;

B.  WHEREAS, the parties have negotiated and agreed to terms of a settlement of Debtor's objection to Creditor's claim no. 6, and that the parties are in the process of drafting a settlement agreement;

C.  WHEREAS, the Court set this matter for Evidentiary Hearing as to Debtor's objection to Creditor's claim no. 6; and that the Evidentiary Hearing that is presently scheduled for November 14, 2014, at 9:00 a.m. in Department 3, of the United States Bankruptcy Court, ("Evidentiary Hearing").

D.  NOW, THEREFORE, the parties agree and request the court to approve the stipulation as follows:

## STIPULATION

1. That the Evidentiary Hearing presently scheduled for November 14, 2014, at 9:00 a.m., be re-scheduled to January 16, 2015 at 9:00 a.m.
2. That a status conference be scheduled for November 14, 2014, at 9:00 a.m., or on a date and time convenient for the Court.

/////

/////

/////

3. That the deadlines set forth in the Court's scheduling order, entered on September 12, 2014, be adjusted according to the date of the new Evidentiary Hearing.

IT IS SO AGREED AND STIPULATED..

Dated: 10/29/14      /s/Rusel T. Little
                     Russel T. Little, Esq., Attorney for Linda Townsend

Dated: 10/31/14      /s/Ahren Tiller
                     Ahren Tiller, Esq., Attorney for Debtor