CSD 1001A [11/15/04]

Name, Address, Telephone No. & I.D. No.

Law Offices of Russel T. Little, apc
Russel T. Little, Esq. [153596]
185 West "F" St., Ste. 100
San Diego, CA 92101
Telephone: (619) 232-2330
Facsimile (619) 232-4916

Order Entered on November 4, 2014
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Frank Townsend,

Debtor.

BANKRUPTCY NO. 13-02016-LT13

Date of Hearing: November 14, 2014
Time of Hearing: 9:00 A.M.
Name of Judge: Laura S. Taylor

## ORDER ON

**Stipulation re: Evidentiary Hearing on Debtor's Objection to Claim No. 6**

## COURT MODIFIED

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted.  Motion/Application Docket Entry No. __39__

//
//
//
//
//
//

DATED: November 3, 2014

/s/ Laura S. Taylor
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Law Offices of Russel T. Little, apc
(Firm name)

By: /s/Russel T. Little
    Attorney for  ☑ Movant  ☐ Respondent

CSD 1001A

`CSD 1001A [11/15/04](Page 2)`
ORDER ON Stipulation re: Evidentiary Hearing on Debtor's Objection to Claim No. 6
DEBTOR: Frank Townsend,                                           CASE NO: 13-02016-LT13

---

The terms of the Stipulation re: Evidentiary Hearing on Debtor's Objection to Claim No. 6; and, Request for Court Approval, [Docket 39], shall be and hereby is approved.

1. The Evidentiary Hearing presently scheduled for November 14, 2014, at 9:00 a.m. is re-scheduled for January 16, 2015, at 9:00 a.m.;

2. Linda Townsend's Objection to Plan presently scheduled for November 14, 2014, at 9:00 a.m. is rescheduled for November 13, 2014 at 10:00 a.m. for status only; and

2. A Status Conference has been scheduled for November 13, 2014, at 10:00 a.m.

`CSD 1001A`

Signed by Judge Laura Stuart Taylor November 3, 2014