# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

| | |
|---:|---|
| **Debtor:** | FRANK A. TOWNSEND |
| **Case Number:** | 14-02016-LT13    **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, JANUARY 13, 2015 10:00 AM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | SHAWNA DAHL |
| **Reporter / ECR:** | SUE ROSS |

### Matters:

1) STATUS CONFERENCE RE: OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN FILED ON BEHALF OF LINDA TOWNSEND (fr 11/13/14)

2) STATUS CONFERENCE (fr 11/13/14)

### Appearances:

REBECCA PENNINGTON, ATTORNEY FOR DAVID L. SKELTON, CHAPTER 13 TRUSTEE
RUSSEL LITTLE. ATTORNEY FOR LINDA TOWNSEND

### Disposition:

1 & 2)  Off calendar as resolved pursuant to Court's Tentative Ruling.