CSD 1181 [08/28/14]
Name, Address, Telephone No. & I.D. No.

Ahren A. Tiller (SBN: 25608)
Bankruptcy Law Center, APC
1230 Columbia St. Ste 1100
San Diego, CA  92101
Phone (619) 894-8831

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Frank Townsend

Tax I.D.(EIN)#:_____/S.S.#:XXX-XX-_____   Debtor.

BANKRUPTCY NO. 14-02016-LT13

### NOTICE OF HEARING AND MOTION

TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

**YOU ARE HEREBY NOTIFIED** that on  March 10th, 2015 , at  10:00 a .m., in Department  3. , Room  129 , of the Jacob Weinberger United States Courthouse, located at 325 West "F" Street, San Diego, California 92101-6991, there will be a hearing regarding the Motion of Ahren A. Tiller                                               , for [check the appropriate box]:

[ ]   Dismissal of a chapter 7, 11 or 12 case;

[ ]   Conversion of a chapter 7, 11 or 12 case by a party other than the debtor;

[ ]   Allowance of [interim] [final] compensation or reimbursement of expenses of professionals as provided in Exhibit "A" [information required by Federal Rule of Bankruptcy Procedure 2002(c)(2)];

[ ]   Appointment of a trustee in a chapter 11 case; or

[✓]   Other [specify the nature of the matter]:

Motion for an Order Authorizing the Payment of Attorneys Fees

If not required to be attached, a set of the moving papers will be provided, upon request, by the undersigned or may be inspected at the office of the Clerk.

Any opposition or other response to the motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West "F" St., San Diego, California 92101-6991, NOT LATER THAN FOURTEEN (14)[1] DAYS FROM THE DATE OF SERVICE.

DATED: 2/6/2015

/s/ Ahren A. Tiller
[Attorney for] Moving Party

[1] If you were served electronically or by mail, you have three (3) additional days to take the above-stated actions as calculated by Fed. R. Bankr. P. 9006(f).
CSD 1181

CSD 1181 (Page 2) [08/28/14]

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on __6th__ day of __February, 2015__, I served a true copy of the within NOTICE OF MOTION AND HEARING by [describe here mode of service]

Motion for an Order Authorizing the Payment of Attorneys Fees, Declaration of Counsel and Exhibit
US First Class Mail

on the following persons [set forth name and address of each person served] and/or as checked below:

[  ]    Attorney for Debtor (if required):

See Additional Attached Service List

| [X] For Chpt. 7, 11, & 12 cases: | [  ] For ODD numbered Chapter 13 cases: | [✓] For EVEN numbered Chapter 13 cases: |
|---|---|---|
| UNITED STATES TRUSTEE<br>Department of Justice<br>402 West Broadway, Suite 600<br>San Diego, CA 92101 | THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>401 West "A" Street, Suite 1680<br>San Diego, CA 92101 | DAVID L. SKELTON, TRUSTEE<br>525 "B" Street, Suite 1430<br>San Diego, CA 92101-4507 |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __2/6/2015__                        __/s/ Anika Renaud-Kim__
              (Date)                                        (Typed Name and Signature)

                                                __1230 Columbia St., Ste 1100__
                                                        (Address)

                                                __San Diego, CA  92101__
                                                        (City, State, ZIP Code)

CSD 1181

SERVICE LIST

A-1 Collection Agency
P.O. Box 1829
Grand Junction, CO 81502

Alaska National Insurance
7001 Jewel Lake Rd.
Anchorage, AK 99502

Bank of America
P. O. Box 982235
El Paso, TX 79998

Bank of America
P. O. Box 15796
Wilmington, DE 19886

Cabelas WFB
P.O. Box 82608
Lincoln, NE 68501

CACH LLC
4340 S Monaco St, Fl 2
Denver, CO 80237

Capital One
PO Box 30281
Salt Lake City, UT 84130

Carson Dorn, Inc.
712 W. 12th St.
Juneau, AK 99801

District Court State of Alaska
415 Main St. #400
Ketchikan, AK 99901

First Bank Petersburg
103 Nordic Dr.
P.O. Box 1109
Petersburg, AK 99833

FMA Alliance, Ltd.
P.O. Box 2409
Houston, TX 77060

Focus Receivables Mgmt.
1130 North Chase Pkwy
Ste. 150
Marietta, GA 30067

Juneau Bone & Joint Center
3220 Hospital Dr.
Juneau, AK 99801

Landye Bennett Blumstein LLP
701 W. 8th Ave., #1200
Anchorage, AK 99501

Linda Townsend
620 McMinn
Port Townsend, WA 98368

Northern Credit SVC Inc 9737 Mud Bay Rd. Ketchikan, AK 99901

P. Scott Lowery
5680 Greenwood Plaza Blvd.
Suite 500
Englewood, CO 80111

Santander Consumer USA P.O. Box 961245
Fort Worth, TX 76161

Silver & Associates
1540 E. Dundee Rd., Ste. 300
Palatine, IL 60074

Wells Fargo Bank
PO Box 14517
Des Moines, IA 50306

Frank Townsend
3322 39th St.
San Diego, CA 92105